# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 5, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133098 (68)(70)(71)

JAN KAY ESTES, Personal Representative of
the Estate of Douglas Duane Estes,
          Plaintiff-Appellee,

v

JEFF EDWARD TITUS,
          Defendant-Appellee,
and

JULIE L. SWABASH, f/k/a JULIE L. TITUS,
          Appellant.

_____

SC: 133098
COA: 261968
Kalamazoo CC: 02-000529-NZ

      On order of the Chief Justice, motions by the Business Law and Family Law Sections of the State Bar of Michigan for leave to file briefs *amicus curiae* are considered and they are GRANTED. The motion by the Business Law Section for leave to participate in oral argument is DENIED.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 5, 2007

_____
Clerk